UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Doris Kiazolu-Annan

Case No.: 17-26114
Chapter: 7
Judge: MBK

**NOTICE OF PROPOSED ABANDONMENT**

_____Karen E. Bezner_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton, Clerk
United States Bankruptcy Court
United States Courthouse
402 East State Street
Trenton, New Jersey  08608

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan, U.S.B.J. on December 4, 2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 8. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Condo at 5206 Ravens Crest Drive
Plainsboro, New Jersey
Valued at $200,000.00

Liens on property:
Carington Mortgage, $285,074.00,
four years arrears

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name:     Karen E. Bezner, Trustee   /s/  Karen E. Bezner
Address:  567 Park Avenue, Suite 103, Scotch Plains, New Jersey  07076
Telephone No.: (908) 322-8484

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-26114-MBK
Doris Mamaie Kiazolu-Annan                                            Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 1          Date Rcvd: Nov 03, 2017
                            Form ID: pdf905          Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 05, 2017.
db            +Doris Mamaie Kiazolu-Annan,    5206 Ravens Crest Drive,    Plainsboro, NJ 08536-2471
cr            +Ravens Crest East at Princeton Meadows Condominium,    Cutolo Barros LLC,    151 Highway 33 East,
                Suite 204,    Manalapan, NJ 07726-8635
516992937     +Carrington Mortgage Se,    1600 S Douglass Rd Ste 2,    Anaheim, CA 92806-5951
516992939    ++JC CHRISTENSEN & ASSOC,    PO BOX 519,    SAUK RAPIDS MN 56379-0519
                (address filed with court:  JC Christensen and Associates,    PO BOX 519,
                Sauk Rapids, MN 56379)
516992942      Ravens Crest East Condo Assn,    PO Box 64148,    Phoenix, AZ 85082-4148
516992941     +Ravens Crest East at Princeton Meadows C,    c/o Cutolo Mandel, LLC,
                151 Highway 33 East, Suite 204,    Englishtown, NJ 07726-8635
516992943      Total Card Inc,    519 S. Broadband Lane,    Sioux Falls, SD 57108
516992944     +U S Dept Of Ed/Gsl/Atl,    Po Box 5609,    Greenville, TX 75403-5609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 03 2017 22:57:30     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 03 2017 22:57:27     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516992938     +E-mail/Text: bankruptcy@flagshipcredit.com Nov 03 2017 22:57:43     Flagship Crd,
                3 Christy Dr Ste 201,    Chadds Ford, PA 19317-9670
516992940     +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 03 2017 23:00:48     Lvnv Funding Llc,
                Po Box 10497,    Greenville, SC 29603-0497
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2017                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 2, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Hubert C. Cutolo    on behalf of Creditor    Ravens Crest East at Princeton Meadows Condominium
               Association, Inc. hcutolo@cutololaw.com
              Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Kirsten B. Ennis    on behalf of Debtor Doris Mamaie Kiazolu-Annan pacerecf@ennislegal.com,
               r53278@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6