# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In re:   :   Case no.: __17-26114-MBK__

Doris Mamaie Kiazolu-Annan   :   Chapter: __7__

:   Judge: __Kaplan__

Debtor(s)   :

## CERTIFICATION OF NO OBJECTION

I __Alyson M. Guida__, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☒ Abandonment
- ☐ Public Sale
- ☐ Private Sale
- ☐ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):
5206 Ravens Crest Drive, Plainsboro, New Jersey

JEANNE A. NAUGHTON, Clerk

Date: __11/28/2017__     By: __Alyson M. Guida__

*rev.2/10/17*